In re:

**Valerie Jeanne Kenion**
a/k/a Valerie Hawkins, Valerie Morris
S.S. No.: xxx-xx-9736
Mailing Address: 905 Chalmers Street, Durham, NC 27707-

Case No. 11-81036

_____ Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on June 27, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 14, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 3/4/11
Lastname-SS#: Kenion-9736

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | T-Mobile | | Cellular Service |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Ocwen Mortgage | 4 | $22,445 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Ocwen Mortgage | 4 | $804 | N/A | n/a | $804.00 | Home and Land |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Crown Financial | 1 | $8,562 | 5.00 | $59 | $179.63 | 2003 Dodge |
| | Paul Parker | 3 | $7,506 | 5.00 | $75 | $157.48 | 2nd Deed of Trust |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $162 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,623** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **2.77** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE                        (Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Credit Financial Services**
Post Office Box 451
Durham, NC 27702-0451

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Credit Management, LP**
4200 International Parkway
Carrollton, TX 75007-1906

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

AdvanceMeToday
PO Box 1124-1007
San Jose, Costa Rica   10102

Crown Financial
Post Office Box 700
Attn: Managing Agent
Lake Junaluska, NC 28745

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

AFNI-Bloom
404 Brock Drive
Post Office Box 3427
Bloomington, IL 61701-3427

CSDDUR
Post Office Box 530
Durham, NC 27702-0530

Experian
P.O. Box 2002
Allen, TX 75013-2002

Berman & Associates
Attorneys at Law
315 E. Chapel Hill Street
Suite 400
Durham, NC 27701

Dick Patton Realty **
3115 Guess Road
Durham, NC 27704

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Capital One
Post Office Box 85015
Richmond, VA 23285-5075

DirecTV **
Post Office Box 6550
Greenwood Village, CO 80155-6550

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Capital One Auto Finance**
3905 Dallas Parkway
Plano, TX 75093

Duke University Health System
Post Office Box 91040
Durham, NC 27708-1040

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Citifinancial **
Bankrupcty Department
PO Box 140489
Irving, TX 75014-0489

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Clyde A. Wootton
Suite 504
3200 Croasdaile Drive
Durham, NC 27705

Eugene H. Tatum, III
Attorney at Law
116 East Main Street
Durham, NC 27701

First National Credit Card
Post Office Box 5097
Sioux Falls, SD 57117-5097

Frances A. Bowens
Durham, NC

GMAC **
Post Office Box 380902
Bloomington, MN 55438-0903

HomEq Servicing Corporation
Mail Code-CA3360
4837 Watt Avenue, Ste 200
North Highlands, CA 95660

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Izell Kenion
905 Chalmers Street
Durham, NC 27707

JL Walston & Associates, Inc.
1107 W. Main Street, Ste 201
Durham, NC 27701

Kroger Store
2021 Hope Mills Road
Fayetteville, NC 28304

Mr. Paul Parker
315 E. Chapel Hill St.
Suite 400
Attn: Managing Agent
Durham, NC 27701

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Ocwen Loan Servicing, LLC
12650 Ingenuity Drive
Attn: Managing Agent
Orlando, FL 32826

Paul Parker
904 Chalmers Street
Durham, NC 27707

PSNC Energy
Attn: Bankruptcy Dept.
1426 Main Street Mall, code 130
Columbia, SC 29218

Spot On Loan/PDL
Post Office Box 140
Box Elder, MT 59521

Sprint Nextel-Correspondence******
Attn: Bankruptcy Department
Post Office Box 7949
Overland Park, KS 66207-0949

The Hunoval Law Firm, PLLC
Attorney for Poore Substitute Trustee
By: Mathias H. Hunoval, Attorney at Law
501 Minuet Lane, Suite 104A
Charlotte, NC 28217

The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Time Warner Cable
Attn: Collections
2505 Atlantic Avenue
Raleigh, NC 27604

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Verizon Wireless Bankruptcy****
Administration
Post Office Box 3397
Bloomington, IL 61702-3397

Wachovia Bank, N.A.**
Central Bankruptcy Dept. VA 7359
Post Office Box 13765
Roanoke, VA 24037